IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PAT BRITTON**, Personal Representative of the Estate of **JESSE BRITTON**, Deceased, | ) ) ) ) ) | CASE NO. 7:08CV5008 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| **RICHARD THOMPSON**, in his Official and Individual Capacities; **DAN KLING**, in his Official and Individual Capacities; and **CITY OF CRAWFORD**, a Nebraska Political Subdivision, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion for an Enlargement of Time (Filing No. 19). Plaintiff requests a short extension of time, until November 28, 2008, to file a response to the Motion to Dismiss on Behalf of Defendant Dan Kling (Filing No. 17). For good cause shown, the motion will be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for Enlargement of Time (Filing No. 19) is granted; and

2. The Plaintiff shall respond to the Motion to Dismiss on Behalf of Defendant Dan Kling (Filing No. 17) by filing her brief and index of evidence, if any, on or before November 28, 2008.

DATED this 5th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge