IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAT BRITTON, Personal Representative of the Estate of JESSE BRITTON, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD THOMPSON, in his official and individual capacities; DAN KLING, in his official and individual capacities; and CITY OF CRAWFORD, a Nebraska political subdivision,<br><br>Defendants. | 7:08CV5008<br><br>ORDER |

A planning conference was held on April 13, 2009.  Maren Chaloupka represented the plaintiff.  Stephanie Caldwell, Amy Patras, Terrance Waite and Steven W. Olsen represented the defendants.  As discussed during the conference,

**IT IS ORDERED:**

1. The parties are given until June 1, 2009 to file motions for partial summary judgment (including motions to dismiss or for summary judgment based on qualified immunity).  *See* NECivR 56.1 and 7.0.1.

2. The deadline for filing motions to add parties or amend the pleadings is extended to June 1, 2009.

3. A Rule 16 conference will be scheduled after the district court rules on any motions that are filed pursuant to paragraph 1, above.

**DATED April 14, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**